1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    LARRY WHITE,                           Case No.  15-cv-03265-JD

              Plaintiff,

8
        v.                                  **ORDER OF DISMISSAL**

9

10   CITY AND COUNTY OF SAN
     FRANCISCO,

11            Defendant.

12

13        This is a civil rights case filed pro se by a state prisoner.  On July 29, 2015, the Court

14   dismissed the complaint with leave to amend after discussing its deficiencies.  The twenty-eight

15   days to amend has passed and plaintiff has not filed an amended complaint.  This case is

16   **DISMISSED** for failure to state a claim as set forth in the Court's prior screening order.  The

17   motion to appoint counsel (Docket No. 8) is **DENIED** because plaintiff presented his claims

18   adequately and the issues were not complex.

19        **IT IS SO ORDERED.**

20   Dated: November 17, 2015

21

22                                          _____

23                                          JAMES DONATO
                                            United States District Judge

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY WHITE,

          Plaintiff,

     v.

CITY AND COUNTY OF SAN FRANCISCO,

          Defendant.

Case No.   15-cv-03265-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 17, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Larry  White
G37720
P.O. Box 5242
Corcoran, CA 93212

Dated: November 17, 2015

Susan Y. Soong
Clerk, United States District Court

By: _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2